[No. 29143-2-I.   Division One.   October 25, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN EDWARD NESTOREK, JR., *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 91-1-00265-1, Robert C. Bibb, J., entered September 13, 1991. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Pekelis, A.C.J., and Agid, J.

[No. 29078-9-I.   Division One.   October 25, 1993.]

KING COUNTY, *Respondent*, v. PACIFIC TRUST COMPANY, *as Trustee*, ET AL, *Respondents*, WILLIAM L. MARENAKOS, ET AL, *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 89-2-23502-1, Donald D. Haley, J., entered August 2, 1991. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Webster, C.J., and Scholfield, J.

[No. 29209-9-I.   Division One.   October 25, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. BRIAN BERNARD BLAKE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 91-8-01023-6, Larry A. Jordan, J., entered August 19, 1991. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Pekelis, A.C.J., and Agid, J.

[No. 15202-9-II.   Division Two.   October 26, 1993.]

SAUDER TRANSPORT, INC., *Respondent*, v. GARY J. FLANSBURG, ET AL, *Appellants*.

Appeal from a judgment of the Superior Court for Pierce County, No. 90-2-11906-3, Frederick B. Hayes, J., entered July 5, 1991. *Reversed* by unpublished opinion per Seinfeld, J., concurred in by Alexander, C.J., and Morgan, J.